# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- City: McLean
- County: Fairfax
- Superseding Indictment: 
- Same Defendant: 
- Magistrate Judge Case No.: 
- Search Warrant Case No.: 

**Judge Assigned:** Nachmanoff
**Criminal No.:** 1:25-CR-274
**New Defendant:** XXX
**Arraignment Date:** 
**R. 20/R. 40 From:** 

## Defendant Information:

- **Defendant Name:** JAIVIN RAJ KARNANI
- **Alias(es):** 
- ☐ Juvenile  **FBI No.:** 
- **Address:** 1747 Tysons Central St, Apt 2516, Vienna, VA 22182
- **Employment:** 
- **Birth Date:** 03/13/1980
- **SSN:** 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
- **Sex:** Male
- **Race:** Asian Indian
- **Nationality:** USA
- **Place of Birth:** 
- **Height:** 
- **Weight:** 
- **Hair:** 
- **Eyes:** 
- **Scars/Tattoos:** 
- ☐ Interpreter  **Language/Dialect:** 
- **Auto Description:** 

## Location/Status:

- **Arrest Date:** 
- ☐ Already in Federal Custody as of:     in: 
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Steven Vinick
- ☐ Court Appointed
- **Counsel Conflicts:** 
- **Address:** 1101 Wootton Parkway, Ste 600, Rockville, MD 20852
- ☒ Retained
- **Phone:** svinick@steinsperling.com // 301-838-3298
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Russell L. Carlberg
- **Phone:** 703.299.3700
- **Bar No.:** 

**Complainant Agency - Address & Phone No. or Person & Title:**

U.S. Postal Inspection Service -- Special Agent Peter Dillon

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1341 | Mail Fraud | 1 | Felony |
| Set 2: | | | | |

- **Date:** 9/26/2025
- **AUSA Signature:** /s/ Russell L. Carlberg
- *may be continued on reverse*